6/26/2017

Dear Judge:

My name is Vilma Parson I am the mother of Edward Parson. I would lake to talk about my son Edward. He is a gentlemen and terrific son, as a teenager he graduated from the High school of Commerce with a perfect attendance record.

He was a perfect son he was always well behaved and never gave me any problems. After graduating from High school in 1988 he worked in different restaurants and fast food industries.

At the age of twenty he register in the U.S. Air Force National Guard and was training to be a fire fighter. After the trainig, he work at Barnes Air Force base in Westfield. After worked in Barnes. He move to Springfield and became fire fighter

work fire fighter →

for the City of Springfield, Massachussetts for 18 years reaching the RANK OF Lieutenant. On a daily basis as a Springfield firefighter my son put his life on the line to walk into burning buildings without hesitation.

Sincerely Yours,

Vilma Pearson

7/2/17

Dear Sir, Madame or whom it may concern,

My name is Novan Jenkins and I am writing in reguards to my father, Edward Parson. Although not biological he has helped raise me since I was 3 years old. Not only has he been there for me and my brother, Davon, but my cousins too.

We have gone on countless family vacations and outings and never has he treated me with anything but the upmost love, respect, and kindness. It saddens me to see him in the position he is currently in. He has always been there for our family through the good times and bad. I am now 23 years old and need him just as much now as I did as a child.

My dad has helped my mom put me through years of very expensive Catholic school to help me get a good education. Has been there for every birthday, holiday, and important occasion, and has never turned his back on us even through some of my more difficult teenage years. I love him very much and would like to support him now when he needs it more than ever. I will always be there for him. Thank you for taking the time to listen.

Sincerely,
Novan Jenkins

Grace Smith
1582 Westover Rd
Chicopee, MA 01020
413-218-7830
gsmith52698@yahoo.com
5/30/17

Dear Sir or Madame,

    I am writing on behalf of Ed Parson. Although we are not blood related, I have always considered him an uncle. I've spent many summers with him and his son, going on trips to six flags and the movies, or just spending time at his house. He has never missed a Christmas or a birthday. He has also taken us to the base where we would work out and play raquetball. Sometimes he would just stop by to bring the whole family out to dinner.

    I am 19 now, and I have known him as my uncle my whole life. He has been nothing but a good influence and positive role model. I have always trusted him and confided in him as I would my own parents.

    I hope you can offer leniency with sentencing as some of my best memories include him and hope to have him around in my life for future milestones in my life.

Sincerely,

*Grace Smith*

Grace Smith

Jennifer Jenkins
1582 Westover Rd
Chicopee, MA 01020
413-427-8320
j.l.jenkins@hotmail.com

5/26/17

Dear Sir or Madame,

    I am writing this letter on behalf of my close family friend of almost 21 years, Ed Parson. I'd like to first say that my heart aches that we have only a piece of paper to try to convey what he has been and is to my family.

    I can only speak to personal experiences with Ed between family, friends, and myself. He has always been a great friend and was there for the birth of both of my children. He was and is a huge part of my niece's life helping to raise her and provide for her since she was 2 years old.

    Ed is the most generous person I know and is always first to offer help in any way he can. He has cared for my children and has been involved with family functions and trips. He was the go to person if any of us were ever in a bind. He has always put his family and friends first (to a fault sometimes I think). He'd go without before allowing anyone he cared for to.

    I can say with 100 percent confidence that Ed has never been anything other than a gentleman to me, my daughters and everyone else I know. I have never once gotten a feeling that he was or could be involved in any illegal activities. Although he will not discuss the case with me I do believe he was/is the man I know him to be. He is good, generous, and one of the most caring people I have ever known.

    I hope you can take this letter into consideration when sentencing. I thank you for your time.

Sincerely,

Jennifer Jenkins

From: Talia Racine of 269 Chicopee St., Unit 14, Chicopee MA 01013          May 30, 2017

(413) 363-3445

To whom it may concern,

My name is Talia Racine. I am a 30 year old insurance agent for Freeway Insurance in Western Massachusetts. Edward Parson and I have been good friends since February 2011. I feel privileged that he considers me to be one of his best friends. He has always been there for me no matter what.

I understand what his charges are and I truly believe that he had no understanding of what was going on at the time. He is currently incarcerated at William G. Truesdale Adult Detention Center in Alexandria, VA. His sentencing is set for July 14, 2017.

Edward Parson does not deserve to be incarcerated. He is not a criminal. Nor does he associate or relate with criminals. Edward is an upstanding citizen & U.S. Air Force veteran. He has been in the military since he was legally able to serve. He recently was elected as Fire Lieutenant of the Springfield Fire Dept. He worked so hard, studying for almost a year for that position & he got it. I was so proud of him.

Edward has not used a computer or a smart phone since he was charged with this crime. If he were home, I believe that he wouldn't even give himself access to the internet. He has seen how easily it is to have the internet negatively affect his life.

Just knowing that he is incarcerated, I have trouble sleeping. When he came home on bond, he was so skinny & stressed out. Prison is not the environment for Edward. I worry for his physical & emotional safety. I have never even seen him get angry. He is just a 'happy go lucky', positive person. Prison is not the place for a person with his demeanor. I'm sure this is his 1st infraction. I couldn't believe the amount of time he may have to serve for this crime. His mother is elderly & we have no idea how much longer she'll be with us. It would be an atrocity to his family, if he were incarcerated during that period of time. His son Davon Parson, is having a difficult time without Edward. He is a young man & deserves a chance to have his father's guidance as he grows into a gentleman. Edward is a perfect role model. His priority in life has been his two children, his mother & the occasional stray cat.

Please consider granting clemency for Edward Parson. Your leniency is needed & his freedom will not be taken advantage of. Edward has great hopes & big plans for his future.

Respectfully submitted,

_____